IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

IN RE:

LUIS A. LLANOS ENCARNACION
JACKELINE MATOS AGUIAR

DEBTOR(S)

CASE NUM.: 12-06417 ESL

CHAPTER 13 (ASSET CASE)

CERTIFICATE OF SERVICE

**TO THE HONORABLE COURT:**

**COMES(S)** now Debtor(s) represented by the undersigned counsel and respectfully allege(s) and pray(s) as follows:

1. The undersigned attorney hereby a certificate that has notified all creditors and persons with interest as per master address list of the Chapter 13, **dated 9/7/2012.**

**WHEREFORE,** it is respectfully requested from this Honorable Court to take notice of this service.

In San Juan, Puerto Rico, this 7th day of September, 2012.

RESPECTFULLY SUBMITTED.

/S/MARILYN VALDES ORTEGA
**MARILYN VALDES ORTEGA**
USDC PR 214711
P.O. Box 195596
San Juan, PR 00919-5596
Tel. (787) 758-4400
Fax. (787) 763-0144
E-mail: valdeslaw@prtc.net

United States Bankruptcy Court
District of Puerto Rico

IN RE:   Case No. **3:12-bk-6417**

**LLANOS ENCARNACION, LUIS A & MATOS AGUIAR, JACKELINE**   Chapter **13**
Debtor(s)

## CHAPTER 13 PAYMENT PLAN

1. The future earnings of the Debtor(s) are submitted to the supervision and control of the Trustee and the Debtor(s) shall make payments to the Trustee ☑ directly ☐ by payroll deductions as hereinafter provided in the PAYMENT PLAN SCHEDULE.
2. The Trustee shall distribute the funds so received as hereinafter provided in the DISBURSEMENT SCHEDULE.

PLAN DATED:
☐ PRE ☐ POST-CONFIRMATION

☑ AMENDED PLAN DATED: **9/7/2012**
Filed by: ☐ Debtor ☐ Trustee ☐ Other

### I. PAYMENT PLAN SCHEDULE

| $ | 1,230.00 | x | 39 | = $ | 47,970.00 |
| $ | 1,390.00 | x | 21 | = $ | 29,190.00 |
| $ |  | x |  | = $ |  |
| $ |  | x |  | = $ |  |
| $ |  | x |  | = $ |  |

TOTAL: $ **77,160.00**

Additional Payments:
$ ___ to be paid as a LUMP SUM within ___ with proceeds to come from:
☐ Sale of Property identified as follows:

☐ Other:

Periodic Payments to be made other than, and in addition to the above:
$ ___ x ___ = $ ___

PROPOSED BASE: $ **77,160.00**

### III. ATTORNEY'S FEES
(Treated as § 507 Priorities)

Outstanding balance as per Rule 2016(b) Fee Disclosure Statement: $ **2,502.00**

Signed:
Debtor

Joint Debtor

Attorney for Debtor **Marilyn Valdes Ortega Law Offices**   Phone: **(787) 758-4400**

CHAPTER 13 PAYMENT PLAN

### II. DISBURSEMENT SCHEDULE

A. ADEQUATE PROTECTION PAYMENTS OR   $ ___
B. SECURED CLAIMS:
☐ Debtor represents no secured claims.
☑ Creditors having secured claims will retain their liens and shall be paid as follows:
1. ☑ Trustee pays secured ARREARS:
Cr. **DORAL FINANCIAL**   Cr. ___   Cr. ___
# **7522**   # ___   # ___
$ **1.00**   $ ___   $ ___
2. ☑ Trustee pays IN FULL Secured Claims:
Cr. **BANCO BILBAO VIZ**   Cr. **MUEBLERIAS BERR**   Cr. **RELIABLE FINANCIA**
# **6355**   # **3506506501**   # **1093**
$ **30,175.00**   $ **664.94**   $ **26,262.00**
3. ☐ Trustee pays VALUE OF COLLATERAL:
Cr. ___   Cr. ___   Cr. ___
# ___   # ___   # ___
$ ___   $ ___   $ ___
4. ☑ Debtor SURRENDERS COLLATERAL to Lien Holder:
**AE-GPR**   **AE-GPR**   **FEDECOOP**
5. ☐ Other:
6. ☑ Debtor otherwise maintains regular payments directly to:
**DORAL FINANCIAL**
C. PRIORITIES: The Trustee shall pay priorities in accordance with the law. 11 U.S.C. § 507 and § 1322(a)(2)
D. UNSECURED CLAIMS: Plan ☐ Classifies ☑ Does not Classify Claims.
1. (a) Class A:  ☐ Co-debtor Claims / ☐ Other:
☐ Paid 100% / ☐ Other:
Cr. ___   Cr. ___   Cr. ___
# ___   # ___   # ___
$ ___   $ ___   $ ___
2. Unsecured Claims otherwise receive PRO-RATA disbursements.

OTHER PROVISIONS: (*Executory contracts; payment of interest to unsecureds, etc.*)
**See Continuation Sheet**

IN RE LLANOS ENCARNACION, LUIS A & MATOS AGUIAR, JACKELINE   Case No. **3:12-bk-6417**
Debtor(s)

## CHAPTER 13 PAYMENT PLAN
### Continuation Sheet - Page 1 of 1

**TRUSTEE TO PAY ATORNEY'S FEES BEFORE ANY SECURED OR PRIORITY CREDITOR 11 USC 330.**

**FAILURE TO TIMELY OBJECT TO THIS PLAN CONSTITUTES A WAIVER OF THE EQUAL MONTHLY AMOUNT METHOD OF PAYMENT UNDER 11 USC 1325(a)(5).**

**ANY POST PETITION INCOME TAX REFUND THAT DEBTOR(S) WOULD BE ENTITLED TO RECEIVE DURING THE TERM OF THE PLAN WILL BE BE USED TO FUND THIS PLAN. AFTER ITS CONFIRMATION, AND WITHOUT FURTHER NOTICE, HEARING OR COURT ORDER, THE PLAN SHALL BE DEEMED MODIFIED BY THE INCREMENT(S) TO ITS BASE, IN AN AMOUNT EQUAL TO THE AMOUNT OF EACH INCOME TAX REFUND.**

**ADEQUATE PROTECTION PAYMENT TO RELIABLE FINANCIAL UNTIL CONFIRMATION $50.00 TO BE PAID BY TRUSTEE MONTHLY.**

**INSURANCE TO BANCO BILBAO VIZCAYA THROUGH EASTERN AMERICA INSURANCE CO. AT THE END OF SALES CONTRACT IN THE APROXIMATE AMOUNT OF 500.00 DISBURSEMENT TO EASTERN AMERICA INSURANCE TO BEGIN AT END OF THE SALES CONTRACT ON NOVMEBER 2018.**

**ADEQUATE PROTECTION PAYMENT TO BANCO BILBAO VIZCAYA UNTIL CONFIRMATION $50.00 TO BE PAID BY TRUSTEE MONTHLY.**

**INSURANCE TO RELIABLE FINANCIAL THROUGH EASTERN AMERICA INSURANCE CO. AT THE END OF SALES CONTRACT IN THE APROXIMATE AMOUNT OF 500.00 DISBURSEMENT TO EASTERN AMERICA INSURANCE TO BEGIN AT END OF THE SALES CONTRACT ON MAY 2018**

**STEP UP PAYMENT IN MONTH NUMBER 40 IS AT THE TIME DEBTOR (LUIS LLANOS) PAYS OFF RETIREMENT LOAN.**

**CONSENT TO LIFT OF STAY IN FAVOR OF RELIABLE FINANCIAL ACCOUNT ENDING NUMBER 1736 AUTO IN POSSESSION OF THIRD PARTY LEISHLA M. LLANOS.** THE TRUSTEE will NOT MAKE DISBURSEMENTS TO RELIABLE in regards to this debt.

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**I HEREBY CERTIFY**: That I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System which will send notification of such filing to the following:

**12-06417-13 Notice will be electronically mailed to:**

MONSITA LECAROZ ARRIBAS
ustpregion21.hr.ecf@usdoj.gov

ALEJANDRO OLIVERAS RIVERA
aorecf@ch13sju.com

MARILYN VALDES ORTEGA on behalf of Debtor
valdeslaw@prtc.net

**I HEREBY CERTIFY**: That I have mailed by regular mail to all creditors listed.
**12-06417-13 Notice will not be electronically mailed to:**

AE-GPR
PO BOX 364508
SAN JUAN, PR 00936-4508

AMAZON
GECRB/AMAZON
PO BOX 960013
ORLANDO, FL 32896-0013

BANCO BILBAO VIZCAYA
ARGENTARIA
PO BOX 364745
SAN JUAN, PR 00936

BANK OF AMERICA
PO BOX 15019
WILMINGTON, DE 19850-5019

BEST BUY
HSBC RETAIL SERVICES
PO BOX 49353
SAN JOSE, CA 95161-9353

CitiFinancial Customer Service
NTSB-2320
6801 Colwell Blvd.
Irving, TX 75039

DEPARTAMENTO DEL TRABAJO
AVE MUÑOZ RIVERA 505
HATO REY, PR 00918

DORAL FINANCIAL CORPORATION
PO BOX 71528
SAN JUAN, PR 00936-8628

FEDECOOP
PMB 709 89
AVE DE DIEGO STE 105
SAN JUAN, PR 00927-6346

FEDERAL LITIGATION DEPT OF
JUSTICE
PO BOX 9020192
SAN JUAN, PR 00902-0192

FIA CARD SERVICES
PO BOX 15019
WILMINGTON, DE 19850-5026

FIRST BANK
PO BOX 13817
SAN JUAN, PR 00908-3817

GC SERVICES LIMITED
PARTNERSHIP
6330 GULFTON
HOUSTON, TX 77081

GE CAPITAL RETAIL BANK
PO BOX 965004
ORLANDO, FL 32896-5004

HOME DESIGN FURNITURE
GE CAPITAL RETAIL BANK
PO BOX 960061
ORLANDO, FL 32896-0061

JC PENNEY
PO BOX 960090
ORLANDO, FL 32896-0090

LVNV FUNDING LLC
RESURGENT CAPITAL SERVICES
PO BOX 10587
GREENVILLE, SC 29603-0587

MBNA AMERICA BANK NA
655 PAPER MILL RD
NEWARK, DE 19711-750

Midland Funding
8875 Aero Dr Ste 200
San Diego, CA 92123

MUEBLERIAS BERRIOS
PO BOX 674
CIDRA, PR 00739-0674

NATIONAL EDUCATION
200 W MONROE STREET
SUITE 700
CHICAGO, IL 60606-5075

OLD NAVY
PO BOX 960017
ORLANDO, FL 32896-0017

OLD NAVY
PO BOX 530942
ATLANTA, GA 30353-0942

PORFOLIO RECOVERY ASSOCIATES,
LLC
PO BOX 41067
NORFOLK, VA 23451

PR ACQUISITIONS LLC
AMERICAN INTL BUILDING
250 MUNOZ RIVERA AVENUE SUITE 1200
SAN JUAN, PR 00918

PR ACQUISITIONS LLC
PO BOX 194499
SAN JUAN, PR 00919-4499

RELIABLE FINANCIAL SERVICES
9615 AVE LOS ROMEROS, SUITE 1100
URB MONTEHIEDRA
SAN JUAN, PR 00926

RODRIGUEZ FERNANDEZ LAW
OFFICES
PO BOX 71418
SAN JUAN, PR 00936-8518

SAM'S CLUB
PO BOX 530942
ATLANTA, GA 30353-0942

SEARS
PO BOX 183081
COLOMBUS, OH 43218-3081

TREASURY DEPARTMENT
PO BOX 9024140
OFICINA 424-B
SAN JUAN, PR 00902-4140

VICTORIAS SECRET
WORLD FINANCIAL NETWORK BANK
PO BOX 659728
SAN ANTONIO, TX 78265-9728

WALMART/GEMB
PO BOX 530927
ATLANTA, GA 30353-0927